JESSIE C. SANFORD, Individually and as Executrix of HOWARD R. SANFORD, Deceased, Appellant, *v.* STATE TAX COMMISSION et al., Respondents.

Argued January 8, 1954; decided March 4, 1954.

*William D. Krebs* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Wendell P. Brown* and *Robert W. Bush* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted March 4, 1954; decided March 4, 1954.

Motion for reargument denied, with $10 costs. [See 294 N. Y. 818.]